IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No.: GLR 23-286 |
| **MALIK THOMPSON** | * | |
| **Defendant** | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO PLACE DEFENDANT'S SENTENCING MEMORANDUM AND SUPPORTING DOCUMENTS UNDER SEAL**

The Defendant, Malik Thompson, through counsel, Julie M. Reamy, respectfully moves for and order of this Court sealing his sentencing memorandum and any supporting materials and states:

1. The Defendant's sentencing memorandum and its attachments contain detailed personal information about the defendant and her family history that should be shielded from public view.

2. A copy of the memorandum will be provided to the Government.

WHEREFORE, the Defendant respectfully requests that this Honorable Court grant his request to place the above referenced documents under seal.  The Defendant also requests any further relief that justice may require.

Respectfully submitted,

_____/s/_____
Julie M. Reamy
Federal Bar No. 28232
JULIE M. REAMY | Attorney At Law, LLC
One Olympic Place, Suite 900
Towson, Maryland 21204
Telephone:  (410) 605-0000
Email: juliereamy@gmail.com

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 19th day of April 2025, a copy of the foregoing Motion to Seal was filed electronically in the United States District Court for the District of Maryland via the Court's CM/ECF system and served upon AUSA Jacob Gordin.

                                                                     _____/s/_____
                                                                      Julie M. Reamy