# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. GLR-23-286** |
| **MALIK THOMPSON** : | |
| : | |
| : | |

## GOVERNMENT'S MOTION TO SEAL

Comes now the United States of America, by and through undersigned counsel, and hereby requests that the Government's Sentencing Letter be filed under seal as it contains sensitive information.

WHEREFORE, it is respectfully requested that the Government's Sentencing Letter be filed UNDER SEAL.

    Respectfully submitted,

    Kelly O. Hayes
    United States Attorney


By:     /s/
    Jacob Gordin
    Special Assistant United States Attorney
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201