# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | **CRIMINAL NO. GLR-23-286** |
| | : | |
| MALIK THOMPSON | : | |
| | : | |
| | : | |

Upon consideration of the Government's Motion to Seal in the captioned case, it is this _28th_

day of April 2025.

      **ORDERED**, that Government's Sentencing Letter, is **SEALED**.

 

                        Hon. George Levi Russell III
                        United States Chief District Judge