

**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

---

*Jacob Gordin*  
*Special Assistant United States Attorney*  
*Jacob.Gordin@usdoj.gov*

*Suite 400*  
*36 S. Charles Street*  
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4816*  
*MAIN: 410-209-4800*  
*FAX: 410-962-0717*

April 30, 2025

The Honorable George L. Russell, III  
Chief United States District Judge  
United States District Court for the District of Maryland  
101 W. Lombard St.  
Baltimore, MD 21201

    Re:    <u>United States v. Malik Thompson,</u>  
              Criminal No.  GLR-23-286

Dear Chief Judge Russell:

On Monday, April 28, 2025, the parties appeared for a sentencing hearing in the above-captioned matter. At that time, the Court indicated its inclination to reject the plea agreement previously entered by the parties on February 24, 2025. That agreement contained a joint recommendation of a sentence of 84 months' imprisonment pursuant to Federal Rule of Criminal Procedure 11(c)(1)(C). Chief Judge Russell had reserved the option to reject the agreement at the plea hearing.

Following the Court's indication, the defense elected not to proceed with the sentencing hearing.

The parties remain interested in resolving this matter through a plea agreement and intend to continue their discussions accordingly. They are hopeful that the status conference will provide further guidance from the Court on how to proceed.

                                        Respectfully submitted,

                                        Kelly O. Hayes  
                                        United States Attorney

                                        Jacob Gordin  
                                        Special Assistant U.S. Attorney